

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2021

No. 04-21-00500-CV

Ernesto O. **YANEZ**,
Appellant

v.

**THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS**,
Appellee

From the 454th  Judicial District Court, Medina County, Texas
Trial Court No. 21-01-26863-CV
Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

Appellant attempts to appeal the trial court's Order Denying Petitioner's Requests for Relief.  The trial court signed the order on July 6, 2021. Because the appellant filed a motion for new trial, the notice of appeal was due October 4, 2021. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on October 19, 2021. *See* TEX. R. APP. P. 26.3. Appellant filed his notice of appeal on November 9, 2021. Appellant did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26).  However, "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

We therefore ORDER appellant to file, on or before **December 15, 2021**, a response showing cause why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All deadlines in this appeal are suspended until further order of the court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2021.



MICHAEL A. CRUZ, Clerk of Court